AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

APR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

V.

Ivan Guillen - Besarano

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 08 MJ 8252
08CR1238-JAH

I, _Ivan Guillen - Bejarano_ the above named defendant, who is accused of Title _21_, U.S.C., Sec._952, 960_ _Importation of a controlled substance._

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on  _4-17-2008_   prosecution by indictment and consent that the proceeding
           Date

may be by information rather than by indictment.

x _Ivan Guillen_
**Defendant**

_[signature]_
**Counsel for Defendant**

Before _[signature]_
**JUDICIAL OFFICER**