# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08CR1238-JAH__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Ivan Guillen-Bejarano | ) | Booking No. __06129198__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/18/08__
the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__✓__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

JOHN A. HOUSTON

UNITED STATES ~~MAGISTRATE~~ JUDGE
District
OR

Received _____   W. SAMUEL HAMRICK, JR.   Clerk
DUSM
by _____
Deputy Clerk

Crim-9   (Rev 6-95)                                   ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**